Drohan Lee

Erika M. Vasconez
T: (212) 710-0011
evasconez@dlkny.com

The Initial Pretrial Conference is adjourned to December 17, 2026 at 3:00 p.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. All corresponding deadlines are based on this new date.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 18, 2026

November 17, 2026

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *O.P. et al v. N.Y.C. Public Schools,* 26-cv-03830 (LJL)

Dear Judge Liman,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on three administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

I write to respectfully request an adjournment of the Initial Pretrial Conference ("Conference"), currently scheduled for November 24, 2026, at 2:00 p.m., to December 10, 2026, or such later date as may be convenient to the Court, together with an extension of all corresponding deadlines, including the deadlines to submit the Proposed Case Management Plan and Scheduling Order ("CMP") and for the parties to meet and confer. Plaintiffs consent to this request.

This is Defendant's third request for an extension of these deadlines. Defendant expects to receive authority to commence settlement negotiations within the next week and respectfully requests additional time to obtain such authority and allow the parties to explore a potential resolution of this matter without the need for further Court intervention. We have resolved recent similar IDEA fees only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice or conferences. The parties are hopeful this matter will be resolved as well.

Accordingly, Defendant respectfully requests that the Conference and all corresponding deadlines be adjourned to December 10, 2026, or such later date as may be convenient to the Court. Thank you for considering these requests.

Respectfully submitted,

By: */s/ Erika M. Vasconez*
Erika M. Vasconez, Esq.

cc: Irina Roller, Esq. (*via* ECF)